UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN PATRICK BRUMFIELD					CIVIL ACTION

VERSUS

NO. 19-293-JWD-RLB

HOME DEPOT U.S.A., INC., ET AL.

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 11, 2019, to which to which no objection was filed;

**IT IS ORDERED** that this action is REMANDED to the 20th Judicial District Court, West Feliciana Parish, Louisiana.

**IT IS FURTHER ORDERED** that the pending Motion to Remand (R. Doc. 6) is denied as moot.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on June 26, 2019.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**